186 F.2d 716
 In the Matter of R. HOE & CO., Inc., Debtor-Appellee, Nathan
Katz, Petitioner-Appellant.
 Docket No. 21926.
 United States Court of Appeals Second Circuit.
 Jan. 12, 1951.
Rehearing Denied Feb. 7, 1951.
 
 Gustave B. Garfield, New York City, for petitioner-appellant.
 Before CHASE, CLARK and FRANK, Circuit Judges.
 Appeal dismissed.
 On petition for rehearing.
 Rehearing denied.
 PER CURIAM.
 
 
 1
 See Reese v. Beacon Hotel Corp., 2 Cir., 149 F.2d 610; Towers Hotel Corp. v. Lafayette National Bank, 2 Cir., 148 F.2d 145; North American Car Corporation v. Peerless Weighing & Vending Mach. corp., 2 Cir., 143 F.2d 938; In re Flatbush Ave.-Nevins St., Corp., 2 Cir., 133 F.2d 760; In re Ambassador Hotel Corp., 2 Cir., 124 F.2d 435; In re Elless Co., 6 Cir., 174 F.2d 925.